**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Rentals Northwest, Inc., | No. CIV 07-0219-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| United Fire & Casualty, Co., | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 8]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 8] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 5th day of March, 2007.

Stephen M. McNamee
United States District Judge